### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY BAIRD, | ) |
|     Plaintiff, | ) |
| vs. | )     CIV-12-1146-D |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
|     Defendant. | ) |

## ORDER

Plaintiff brought this action for judicial review of the final decision of Defendant Commissioner of the Social Security Administration denying her applications for disability insurance and supplemental security income benefits. Pursuant to 28 U. S. C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings.

On September 13, 2013, the Magistrate Judge filed a Report and Recommendation [Doc. No. 18] in which he recommended that the Commissioner's decision be affirmed. In the Report and Recommendation, the Magistrate Judge advised Plaintiff of his right to object to the findings and conclusions set forth therein, and he scheduled an October 3, 2013 deadline for filing objections. In the Report and Recommendation, the Magistrate Judge expressly advised Plaintiff that his failure to timely object would constitute a waiver of the right to appellate review of the Report and Recommendation.

The deadline for filing objections has expired, and Plaintiff has not objected or sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 18] is adopted as though fully set forth herein. For the reasons set forth in the Report and

Recommendation, the Commissioner's decision denying Plaintiff's applications for benefits is affirmed.

IT IS SO ORDERED this 10th day of October, 2013.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE